**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile:  (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff
JUAN VALENCIA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN VALENCIA,<br><br>    Plaintiff,<br><br>vs.<br><br>TIESSAN BROTHERS, INC. D/B/A JOE'S LIQUOR; and DOES 1 to 10,<br><br>    Defendants. | Case No.: 2:22-cv-00895-DSF-MARx<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE** |

**PLEASE TAKE NOTICE** that JUAN VALENCIA ("Plaintiff") pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) hereby voluntarily dismisses the entire action *without prejudice* pursuant to Federal Rule of Civil Procedure Rule 41(a)(1) which provides in relevant part:

(a) **Voluntary Dismissal.**

    (1) *Without a Court Order*.  Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

1

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**

None of the Defendants has either answered Plaintiff's Complaint, or filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

DATED: March 22, 2022        SO. CAL. EQUAL ACCESS GROUP

By:   /s/   Jason J. Kim
   Jason J. Kim, Esq.
   Attorneys for Plaintiff

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITHOUT PREJUDICE**